IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DONALD RICHARD KARR, JR.,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:24-CV-823-L-BK** |
| § | |
| **PRESIDENT JOESPH*  R. BIDEN, JR.,** *et al.*, § § § | |
| Defendants. § § | |

# JUDGMENT

The court issues this judgment pursuant to its order of May 6, 2024. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed with prejudice** as frivolous. The clerk of the court shall transmit a copy of this judgment and a copy of the order dated May 6, 2024, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 6th day of May, 2024.

Sam A. Lindsay
United States District Judge

---

* "Joesph" is the spelling used in Plaintiff's Complaint (Doc. 3).

**Judgment – Solo Page**